JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| GARETT LANCE NELSON, | ) | No. SA CV 09-761-MMM (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| KEN CLARK, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed with prejudice.

DATED: June 30, 2010

*Margaret M. Morrow*

HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE